UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                              CASE NO.: 14-02846-JAF
DARRELL J. MCKENZIE,
    Debtor(s).
_____/

# CHAPTER 13 PLAN

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

**Payment Number by months**          **Amount of Monthly Plan payment**

**1 – 60 (July 2014 – June 2019)**          **$3,813.00**

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079.  The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Candyce M. King, P.A. | $3,000.00 | $300.00 | 1-10 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service<br>*2013 Income Taxes* | $586.62 | $58.66 | 1-10 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo Home Mortgage *Mortgage: 509 Camelia Street Atlantic Beach, FL 32233* | $26,563.00 | $603.00 | 1-60 |
| Ocwen Loan Servicing *Mortgage: 872 Amberjack Lane Atlantic Beach, FL 32233* | $68,912.00 | $1,016.00 | 1-60 |
| Wells Fargo Financial *2011 Kia Sorrento* | $15,402.00 | $287.14 (at 4.5%) $287.13 (at 4.5%) | 1-59 60 |

Total: $17,228.39 to pay this creditor in full satisfaction of this debt.

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo Home Mortgage *Mortgage: 509 Camelia Street Atlantic Beach, FL 32233* | $13,333.00 | $222.22 | 1-60 |
| Ocwen Loan Servicing *Mortgage: 872 Amberjack Lane Atlantic Beach, FL 32233* | $25,214.00 | $420.23 | 1-60 |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

There are no executory contracts in this case.

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

## **Other Provisions:**

1. Any claims filed after October 27, 2014, (other than governmental units) shall not receive a distribution under this plan unless specifically provided for above.

2. All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d).

3. Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid or accessible by any secured creditor. 11U.S.C. Section 1327(a) provides:

> " The provisions of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."

*Confirmation of the plan shall impose an affirmative duty of the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:*

*(1.) To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a zero balance upon the entry of the Discharge Order in this case.*

*(2.) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default of defaults.*

*(3.) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense ,forbearance, or similar account.*

***ANY POST PETITION COSTS OR EXPENSES INCURRED BY OR ON BEHALF OF ANY SECURED CREDITOR WILL BE DISCHARGED UPON COMPLETION OF THE DEBTOR'S PLAN, UNLESS SPECIFICALLY PROVIDED FOR IN THE CONFIRMATION ORDER, OR BY FURTHER ORDER OF THE COURT ON MOTION FILED PRIOR TO THE COMPLETION OF THE PLAN.***

DATED:  This 25th day of June 2014.

CANDYCE M. KING, P.A.

/s/ Candyce M. King

Candyce M. King
Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtor
kingcandyce@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and parties in interest on the attached mailing matrix this 25th day of June, 2014.

    CANDYCE M. KING, P.A.

/s/ Candyce M. King

Candyce M. King
Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtor
*kingcandyce@bellsouth.net*

```
Label Matrix for local noticing      Ocwen Loan Servicing, LLC.          United States Trustee - JAX 13/7 7
113A-3                               c/o Aldridge Connors LLP            Office of the United States Trustee
Case 3:14-bk-02846-JAF               Fifteen Piedmont Center             George C Young Federal Building
Middle District of Florida           3575 Piedmont Road, N.E., Suite 500 400 West Washington Street, Suite 1100
Jacksonville                         Atlanta, GA 30305-1636              Orlando, FL 32801-2210
Wed Jun 25 14:15:30 EDT 2014

American Express                     American Signature Furniture        Capital One National
Po Box 3001                          Wfnnb                               Po Box 26625
16 General Warren Blvd               Po Box 182125                       Richmond, VA 23261-6625
Malvern, PA 19355-1245               Columbus, OH 43218-2125


City Ntl Bk/Ocwen Loan Service       City of Jacksonville                Comenity Bank/Avenue
Attn: Bankruptcy                     117 West Duval Street Ste. 480      Attention: Bankruptcy
P.O. Box 24738                       Jacksonville, FL 32202-5721         Po Box 182125
West Palm Beach, FL 33416-4738                                           Columbus, OH 43218-2125



Comenity Bank/beallsol               Duval County Tax Collector          Florida Dept. of Revenue
220 W Schrock Rd                     231 Forsyth St.  #130               Bankruptcy Unit
Westerville, OH 43081-2873           Jacksonville FL 32202-3380          P.O. Box 6668
                                                                         Tallahassee, FL 32314-6668


GECRB/Lowes                          Internal Revenue Service            Lvnv Funding Llc
Attention:  Bankruptcy Department    P.O. Box 7346                       Po Box 10497
Po Box 103104                        Philadelphia, PA 19101-7346         Greenville, SC 29603-0497
Roswell, GA 30076-9104



MRC Receivables Corp                 MRC Receivables Corp                (p)CREDITORS BANKRUPTCY SERVICE
8875 Aero Drive                      c/o Hayt Hayt & Landau              15660 DALLAS PKWY
Suite 200                            7765 SW 87 Ave                      SUITE 300
San Diego, CA 92123-2255             Suite 101                           DALLAS TX 75248-3354
                                     Miami, FL 33173-2535


Navy Federal Cr Union                (p)PORTFOLIO RECOVERY ASSOCIATES LLC Quantum3 Group LLC as agent for
Po Box 3700                          PO BOX 41067                        Comenity Bank
Merrifield, VA 22119-3700            NORFOLK VA 23541-1067               PO Box 788
                                                                         Kirkland, WA  98083-0788


United States Attorney               Usaa Savings Bank                   Wells Fargo Bank, N.A.
300 North Hogan St Suite 700         Po Box 47504                        P.O. Box 19657
Jacksonville, FL 32202-4204          San Antonio, TX 78265-7504          Irvine, CA 92623-9657



Wells Fargo Hm Mortgag               Wfs Financial/Wachovia Dealer Srvs  Candyce M. King
Po Box 10335                         Po Box 3569                         Candyce M. King, P.A.
Des Moines, IA 50306-0335            Rancho Cucamonga, CA 91729-3569     2219 Park Street
                                                                         Jacksonville, FL 32204-4315



Darrell J McKenzie                   Douglas W. Neway
509 Camelia Street                   P O Box 4308
Atlantic Beach, FL 32233-2519        Jacksonville, FL 32201-4308
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Military Star                        Portfolio Recovery
3911 S Walton Walker Blv             Attn: Bankruptcy
Dallas, TX 75236                     Po Box 41067
                                     Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          End of Label Matrix
PO Box 7346                          Mailable recipients   28
Philadelphia, PA  19101-7346         Bypassed recipients    1
                                     Total                 29
```